Case 4:26-cv-01099   Document 7   Filed 02/17/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOFIA REYES PEREIRA, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-00588 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents. | § | |

FINAL JUDGMENT

The motion for summary judgment by Respondents has been granted for the reasons stated in the order entered this same date. Dkt 9.

The petition for a writ of *habeas corpus* is DENIED WITH PREJUDICE. Dkt 1-1.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 17, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge