United States District Court
Southern District of Texas
**ENTERED**
March 10, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA MARIA FINOL GUTIERREZ, | § § | CIVIL ACTION NUMBER 4:26-cv-01099 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KRISTI NOEM, *et al*, | § | |
| Respondents. | § | |

### ORDER

Pending is a *pro se* petition for writ of *habeas corpus* filed by Petitioner Joanna Maria Finol Gutierrez on February 11, 2026. Dkt 1.

The Government was ordered to show cause with a filing establishing the propriety of her continued detention by February 23, 2026. Dkt 7. No such filing was made.

Because of possible confusion concerning who was ordered to respond, the Government was again ordered to show cause with a filing establishing the propriety of Petitioner's detention by March 6, 2026. Dkt 10. No such filing has been made.

The petition for a writ of *habeas corpus* is thus GRANTED for failure to show cause. Dkt 1.

Respondents are ORDERED to provide Petitioner with a bond hearing by March 24, 2026, or release her.

The Government is further ORDERED to update the Court on the status of her bond hearing no later than March 27, 2026.

It is ORDERED that the Clerk will mail this order to Petitioner and email this order to USATXS.CivilNotice@usdoj.gov.

SO ORDERED.

Signed on March 10, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge