United States District Court
Southern District of Texas

**ENTERED**

March 19, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOANNA MARIA FINOL GUTIERREZ, | § § | CIVIL ACTION NUMBER 4:26-cv-01099 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KRISTI NOEM, *et al*, | § | |
| Respondents. | § | |

**ORDER GRANTING MOTION TO SET ASIDE**

The motion by Respondents to set aside the order granting the petition for writ of *habeas corpus* filed by Petitioner Joanna Maria Finol Gutierrez and ordering the Government to provide her with a bond hearing or release her is granted. Dkt 12.

Petitioner filed a *pro se* petition for writ of habeas corpus under 28 USC §2241 on February 11, 2026. Dkt 1. She challenged her continued detention during pending immigration proceedings.

The Government was ordered to show cause with a filing establishing the propriety of Petitioner's continued detention by February 23, 2026. Dkt 7. No such filing was made. Because of possible confusion concerning who was ordered to respond, the Government was again ordered to show cause with a filing establishing the propriety of Petitioner's detention by March 6, 2026. Dkt 10. Again, no such filing was made.

The petition was then granted for failure to show cause. Dkt 11.

The next day, the Government filed a motion to set aside the order granting the petition, stating that it hadn't

been served with the prior orders in this action. Dkt 12. It requested relief from the Order, along with time to file the previously ordered response.

The Court has confirmed that, through clerical error, the two earlier orders to respond weren't served on the Government.

The motion by Respondents to set aside the March 10, 2026, order is thus GRANTED. Dkt 12.

Respondents are now ORDERED to make an evidentiary filing in this action by March 27, 2026. The filing must specifically address (i) whether Petitioner's individual, temporary protected status has been revoked in compliance with 8 USC §1254a and its accompanying regulations, and (ii) the authority under which she is currently detained.

Petitioner may FILE a reply by April 2, 2026.

The Clerk is ORDERED to mail this order to Petitioner and email this order to USATXS.CivilNotice@usdoj.gov.

SO ORDERED.

Signed on March 19, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2