United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOANNA MARIA FINOL GUTIERREZ, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-01099 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, Respondents. | § § § | |

**FINAL JUDGMENT**

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Opinion and Order on Dismissal entered this same date.

SO ORDERED.

Signed on April 30, 2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge

7